UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**
NOV 2 2 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**      PLAINTIFF

V.      INDICTMENT NO. 7:24-CR-23-KKC
21 U.S.C. § 841(a)(1)

**ANTTWAN DEWAYNE FREEMAN, JR.,**      DEFENDANT
  aka TAY

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 12, 2024, in Johnson County, in the Eastern District of Kentucky, and elsewhere,

**ANTTWAN DEWAYNE FREEMAN, JR.,**
aka TAY,

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████

_____ for
**CARLTON S. SHIER, IV
UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.