# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT PIKEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ANTTWAN DEWAYNE FREEMAN, JR.,<br>    Defendant. | CRIMINAL NO. 7:24-cr-23-KKC-EBA<br><br><br>**ORDER** |

This matter was referred to Magistrate Judge Atkins for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Atkins filed a recommendation (R. 26) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of Count 1, the sole count of the indictment. (R. 1.) No objections have been filed and, having reviewed the record, the Court finds that Judge Atkins satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 26) and ACCEPTS the defendant's guilty plea; and

2) The defendant is ADJUDGED GUILTY of Count 1 of the indictment (R. 1).

This 24th day of October, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY